DANIEL J. BRODERICK, #89424
Federal Defender
RACHEL W. HILL, #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANGELITA LEON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-00006 LJO |
| Plaintiff, | *AMENDED* STIPULATION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE; AND [PROPOSED] ORDER THEREON |
| v. | |
| ANGELITA LEON, | |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MARK CULLERS, Chief Assistant United States Attorney, counsel for Plaintiff, and RACHEL HILL, Assistant Federal Defender, counsel for Defendant ANGELITA LEON, that, effective February 26, 2009 the conditions of pre-trial release for Angelita Leon may be amended as follows:

> Condition 6, which places Ms. Leon in the third party custody of Teresa Molina, will be deleted.  Ms. Leon will no longer be in the custody of any third party custodian.

All other conditions of pre-trial release which are not in conflict with this amendment shall remain in full force and effect pending further order of the court.

///

///

1  This request is made with the agreement of Pre-trial Services Officer Daniel Stark. Officer Stark was advised by Ms. Molina that having her sister, Ms. Leon, and Ms. Leon's children with her became too much of a burden upon her own family to continue the arrangement.

Respectfully submitted,

LAWRENCE G. BROWN,
Acting United States Attorney

DATED: February 26, 2009        /s/ Mark E.Cullers
MARK E. CULLERS
Chief Assistant U.S. Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: February 26, 2009        /s/ Rachel W. Hill
RACHEL W. HILL
Assistant Federal Defender
Attorney for Defendant

## ORDER

IT IS SO ORDERED.

Dated:   **March 5, 2009**        /s/ **Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE