DANIEL J. BRODERICK, #89424
Federal Defender
RACHEL W. HILL, #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANGELITA LEON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-00006 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING; ORDER |
| v. | Date: September 18, 2009 |
| ANGELITA LEON, | Time: 9:00 A.M. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MARK CULLERS, Chief Assistant United States Attorney, counsel for Plaintiff, and RACHEL HILL, Assistant Federal Defender, counsel for Defendant ANGELITA LEON, that the sentencing schedule in the above-referenced matter be revised as follows: the presentence report now due July 10, 2009, shall be due August 7, 2009, informal objections to the Presentence Investigation Report now due July 31, 2009, shall be due August 28, 2009, formal objections to the Presentence Investigation Report now due August 14, 2009, shall be due September 11, 2009, and **the sentencing hearing now scheduled for August 21, 2009, may be continued to September 18, 2009, at 9:00 A.M.**

Defendant seeks this continuance because counsel for defendant has been out of her office for a training seminar for the past two weeks and was not available to participate in the presentence investigation interview. The Probation Officer has advised counsel that he will require additional time for

1  preparation of the presentence report because the defendant's interview could not be scheduled until
2  counsel's return.  The requested continuance will allow sufficient time to complete preparation of the
3  Presentence Investigation Report and have adequate time for review and any relevant objections/replies to
4  the Presentence Report prior to the sentencing hearing and will conserve time and resources for all parties
5  and the court.
6      Exclusion of time to complete sentencing is not required.

Respectfully submitted,

LAWRENCE G. BROWN,
Acting United States Attorney

DATED:  June 30, 2009

/s/  Mark E.Cullers
MARK E. CULLERS
Chief Assistant U.S. Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED:  June 30, 2009

/s/  Rachel W. Hill
RACHEL W. HILL
Assistant Federal Defender
Attorney for Defendant
Angelita Leon

## **ORDER**

GOOD CAUSE APPEARING, THE REQUEST BY STIPULATION IS GRANTED.

IT IS SO ORDERED.

**Dated:   June 30, 2009**          /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE