DANIEL J. BRODERICK, #89424
Federal Defender
RACHEL W. HILL, #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANGELITA LEON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:09-cr-00006 LJO |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING; |
| v. | ORDER |
| ANGELITA LEON, | Date: October 30, 2009 |
| | Time: 8:45 a.m. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MARK CULLERS, Chief Assistant United States Attorney, counsel for Plaintiff, and RACHEL HILL, Assistant Federal Defender, counsel for Defendant, ANGELITA LEON, that the sentencing schedule in the above-referenced matter be revised as follows: Informal objections to the Presentence Investigation Report now due August 28, 2009, shall be due October 9, 2009; probation will submit the report to the Court by October 16, 2009; formal objections to the Presentence Investigation Report now due September 11, 2009, shall be due October 23, 2009; and the sentencing hearing now scheduled for September 18, 2009, shall be continued to October 30, 2009, at 8:45 a.m.

Defendant seeks this continuance so that co-defendant (Jaime Leon Zamora) can be sentenced on the same date and to allow further inquiry into issues which have arisen in the Presentence Investigation Report.

1      Exclusion of time to complete sentencing is not required.

                                                       Respectfully submitted,

LAWRENCE G. BROWN,
Acting United States Attorney

DATED: August 24, 2009            /s/  Mark E.Cullers
MARK E. CULLERS
Chief Assistant U.S. Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: August 24, 2009            /s/  Rachel W. Hill
RACHEL W. HILL
Assistant Federal Defender
Attorney for Defendant
Angelita Leon

## ORDER

THE COURT FINDS GOOD CAUSE SO THAT ANY ISSUE OF SENTENCE DISPARITY CAN BE ADDRESSED WITH THE NEW/REQUESTED SCHEDULE.

IT IS SO ORDERED.

**Dated:   August 25, 2009**            /s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE