DANIEL J. BRODERICK, #89424
Federal Defender
RACHEL W. HILL, #151522
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
ANGELITA LEON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANGELITA LEON, <br><br> Defendant. | No. 1:09-cr-00006 LJO <br><br> STIPULATION TO CONTINUE SENTENCING SCHEDULE AND HEARING;  ORDER <br><br> Date:  February 19, 2010 <br> Time:  8:45 a.m. <br> Judge:  Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MARK CULLERS, Chief Assistant United States Attorney, counsel for Plaintiff, and RACHEL HILL, Assistant Federal Defender, counsel for Defendant, ANGELITA LEON, that the sentencing schedule in the above-referenced matter be revised as follows: Informal objections to the Presentence Investigation Report shall be due January 22, 2010;  formal objections to the Presentence Investigation Report shall be due February 5, 2010; and the sentencing hearing now scheduled for October 30, 2009, shall be continued to February 19, 2010,  at 8:45 a.m.

Defendant seeks this continuance for the following reasons.  Counsel for defendant has been out of the office on an extended medical leave since September 1, 2009.  It is anticipated that counsel will not return to the office until January 4, 2010.  At that time she will address the sentencing issues in the presentence investigation report.  The defendant, Angelita Leon, requests that this sentencing hearing be

1  continued so that her counsel can be available to represent her and for continuity of counsel.

2  Exclusion of time to complete sentencing is not required.

3                                                                  Respectfully submitted,

4                                                                  LAWRENCE G. BROWN,
                                                                   Acting United States Attorney
5

6  DATED: October 26, 2009                              /s/  Mark E.Cullers
                                                                   MARK E. CULLERS
7                                                                  Chief Assistant U.S. Attorney
                                                                   Attorney for Plaintiff
8

9                                                                  DANIEL J. BRODERICK
                                                                   Federal Defender
10

11 DATED: October 26, 2009                              /s/ Francine Zepeda
                                                                   RACHEL W. HILL
12                                                                 Assistant Federal Defender
                                                                   Attorney for Defendant
13                                                                 Angelita Leon

14

15

16

17                                              **ORDER**

18

19
    IT IS SO ORDERED.
20
    **Dated:     October 27, 2009**                    /s/ Lawrence J. O'Neill
21                                                                 UNITED STATES DISTRICT JUDGE

22

23

24

25

26

27

28

Stipulation to Continue Sentencing Schedule
and Hearing; [Proposed] Order                      2